

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00418-CV

---

**MARY MARGARET SMITH, APPELLANT**

**V.**

**HAPPY STATE BANK, APPELLEE**

---

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 80713C, Honorable Ana Estevez, Presiding

---

April 30, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Mary Margaret Smith, appeals from the trial court's *Default Judgment.* We previously abated the appeal to permit the parties to finalize a settlement agreement. Now pending before the Court is Smith's unopposed motion seeking to voluntarily dismiss the appeal because the parties have settled the matter.

The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking

relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we reinstate the appeal, grant Smith's motion, and dismiss the appeal. The appeal is dismissed.  As requested by the parties, costs shall be taxed against the parties who incurred them.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam